## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Day, Tony R<br>Day, Reuvean R<br>Debtors | §<br>§<br>§<br>§ | Case No. 09 B 00928 |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 01/14/2009.

    2) The plan was confirmed on 03/25/2009.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/14/2010.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/26/2010.

    5) The case was dismissed on 04/06/2011.

    6) Number of months from filing or conversion to last payment: 28.

    7) Number of months case was pending: 30.

    8) Total value of assets abandoned by court order: (NA).

    9) Total value of assets exempted: $4,815.00.

    10) Amount of unsecured claims discharged without full payment: $0.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $25,173.12 |
| Less amount refunded to debtor | $1,225.31 |

**NET RECEIPTS:** $23,947.81

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,450.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,437.21 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,887.21

Attorney fees paid and disclosed by debtor $1,050.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue | Priority | $650.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Priority | $6,500.00 | $5,620.63 | $5,620.63 | $5,620.63 | $0 |
| National Capital Management | Secured | $13,300.00 | $13,300.00 | $13,300.00 | $13,300.00 | $886.93 |
| Alliance One | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $25.00 | $25.00 | $25.00 | $0 | $0 |
| Asset Acceptance | Unsecured | $2,000.00 | $1,129.80 | $1,129.80 | $3.48 | $0 |
| AT&T Credit Management | Unsecured | $90.00 | NA | NA | $0 | $0 |
| Borrow Cash Now | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services I | Unsecured | $60.00 | NA | NA | $0 | $0 |
| Chase Automotive Finance | Unsecured | $12,900.00 | $14,456.15 | $14,456.15 | $44.48 | $0 |
| Citizens Bank | Unsecured | $100.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | NA | $5,445.00 | $5,445.00 | $16.75 | $0 |
| City of Country Club Hills | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Collection Professionals Inc | Unsecured | $100.00 | $95.00 | $95.00 | $0 | $0 |
| Credit Recovery | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Educational Credit Management Corp | Unsecured | NA | $2,091.71 | $2,091.71 | $6.44 | $0 |
| Equifax | Unsecured | $200.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| First Consumers National Bank | Unsecured | $900.00 | NA | NA | $0 | $0 |
| First Midwest Bank | Unsecured | $700.00 | NA | NA | $0 | $0 |
| First National Credit Card | Unsecured | $700.00 | NA | NA | $0 | $0 |
| First Premier Bank | Unsecured | $600.00 | NA | NA | $0 | $0 |
| Galway Financial Service | Unsecured | $400.00 | $270.00 | $270.00 | $0 | $0 |
| Hr Imaging Partners | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Illinois Dept Of Employment Security | Unsecured | $26,892.00 | $25,398.00 | $25,398.00 | $78.14 | $0 |
| Illinois Dept of Revenue | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Illinois State Tollway | Unsecured | $4,200.00 | $5,228.30 | $5,228.30 | $16.09 | $0 |
| Internal Revenue Service | Unsecured | $9,800.00 | $9,915.72 | $9,915.72 | $30.51 | $0 |
| Ivanhoe Dental Group Ltd | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $900.00 | $757.50 | $757.50 | $2.33 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $600.00 | $405.95 | $405.95 | $1.25 | $0 |
| Medical Business Bureau Inc | Unsecured | $350.00 | NA | NA | $0 | $0 |
| Midwest Pediatric Cardiology | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Moghadan Mahmoud | Unsecured | $5,500.00 | NA | NA | $0 | $0 |
| National Capital Management | Unsecured | NA | $1,494.72 | $1,494.72 | $4.60 | $0 |
| National Credit Adjusters | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | NA | $2,319.36 | $2,319.36 | $7.14 | $0 |
| Pellettiere & Associated LTD | Unsecured | $100.00 | NA | NA | $0 | $0 |
| RMI/MCSI | Unsecured | $300.00 | $2,890.00 | $2,890.00 | $8.89 | $0 |
| Robert Smith MD | Unsecured | $85.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | NA | $270.00 | $270.00 | $0 | $0 |
| RoundUp Funding LLC | Unsecured | NA | $305.00 | $305.00 | $0 | $0 |
| South Suburban Hospital | Unsecured | $800.00 | NA | NA | $0 | $0 |
| Trinity International University | Unsecured | $8,900.00 | $10,705.50 | $10,705.50 | $32.94 | $0 |
| United States Dept Of Education | Unsecured | $2,200.00 | NA | NA | $0 | $0 |
| Village of Hazel Crest | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Village of Homewood | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Village Of Olympia Fields | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Village of Park Forest | Unsecured | $1,300.00 | NA | NA | $0 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $13,300.00 | $13,300.00 | $886.93 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $13,300.00 | $13,300.00 | $886.93 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $5,620.63 | $5,620.63 | $0 |
| **TOTAL PRIORITY:** | $5,620.63 | $5,620.63 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $83,202.71 | $253.04 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,887.21 |
| Disbursements to Creditors | $20,060.60 |
| **TOTAL DISBURSEMENTS:** | $23,947.81 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: July 5, 2011                              By: /s/ MARILYN O. MARSHALL
                                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)